IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV415-MU

| | |
|---|---|
| ANTOINETTE LIVINGSTON-WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MESA AIRLINES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon Defendant's Motion to Dismiss or Stay. Plaintiff has consented to a stay of this matter pending arbitration. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby DENIED, and Defendant's alternative Motion to Stay is hereby GRANTED. This matter is hereby STAYED pending arbitration.

Signed: March 8, 2006

Graham C. Mullen
United States District Judge