IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV415-MU

| | |
|---|---|
| ANTOINETTE LIVINGSTON-WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MESA AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court upon its own motion. This matter has been stayed pending arbitration since March 8, 2006. The court recently ordered the parties to file a report with the court as to the status of this matter. The Plaintiff failed to respond. The Defendant filed a response informing the court that the Plaintiff has failed to seek discovery or otherwise advance the arbitration since May of 2006. The AAA has closed its file. Accordingly,

    IT IS THEREFORE ORDERED that the Plaintiff is hereby directed to show cause within 10 days why this case should not be dismissed for failure to prosecute.

Signed: September 8, 2008

Graham C. Mullen
United States District Judge