IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV415-MU

| | | |
|---|---|---|
| ANTOINETTE LIVINGSTON-WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MESA AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon its own motion. The court entered on Order on September 8, 2008 directing the Plaintiff to show cause within ten days why this case should not be dismissed for failure to prosecute, as Plaintiff has failed to seek discovery or otherwise advance the arbitration of this case since May of 2006. The Plaintiff failed to respond. Accordingly,

IT IS THEREFORE ORDERED that this matter is hereby dismissed for failure to prosecute.

Signed: October 2, 2008

Graham C. Mullen
United States District Judge