# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antoinette Livingston-White,

    Plaintiff(s),

vs.

Mesa Airlines, Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-CV-415

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/2/2008 Order.

Signed: October 2, 2008

Frank G. Johns, Clerk
United States District Court